UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 18-20743-CIV-ALTONAGA/Goodman

ROXANNE NEWELL,

        Plaintiff,

v.

CELEBRITY CRUISES, INC.,
CANYON RANCH d/b/a CANYON
RANCH HEALTH RESORTS, CR SPACLUB
AT SEA (HK) LTD, MARCO DOE
and RAUL MEDINA,

        Defendants.

_____/

## PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS

The Plaintiff ROXANNE NEWALL, by and through her undersigned counsel, pursuant to

this Court's Order [D.E. 6], and hereby files the instant Certificate of Interested Parties, as follows:

1.  The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10 percent or more of a party's stock, and all other identifiable legal entities to *any* party in this case:

1.  Plaintiff, Roxanne Newall

2.  Jason R. Margulies, Esq.
Carol L. Finklehoffe, Esq.
Lipcon, Margulies, Alsina & Winkleman, P.A.

3.  Defendant, Celebrity Cruises, Inc.

4.  Natasha Alcivar, Esq.
Defendant Celebrity Cruise's counsel

5.  Defendant Canyon Ranch d/b/a Canyon Ranch Health Resorts

6.  Defendant CR Spaclub at Sea (HK) Ltd.

7. Defendant Raul Medina

8. Defendant Marco (Surname unknown at this time)

2.   The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

The Plaintiff knows of no such entity at this time.

3.   The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors in bankruptcy cases:

**The Plaintiff knows of no such entity at this time.**

4.   The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

**None other than the Plaintiff.**

The Plaintiff hereby certifies that, except as disclosed above, the Plaintiff is unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.  The Plaintiff further certifies that he has inserted "None" if there is no actual or potential conflict of interest.

Dated:  April 2, 2018

Respectfully Submitted,

By:    */s/ Carol L. Finklehoffe*
       CAROL L. FINKLEHOFFE
       Florida Bar No.: 0015903
       cfinklehoffe@lipcon.com
       LIPCON, MARGULIES, ALSINA &
       WINKLEMAN, P.A.
       One Biscayne Tower, Suite 1776
       2 S. Biscayne Boulevard
       Miami, Florida 33131
       Phone: (305) 373-3016
       Fax: (305) 373-6204

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 2, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to electronically receive Notices of Electronic Filing.

By:    */s/ Carol L. Finklehoffe*
**Carol L. Finklehoffe** (FBN: 0015903)
Email cfinklehoffe@lipcon.com

## SERVICE LIST

**Carol L. Finklehoffe, Esq.**
Email: cfinklehoffe@lipcon.com
Jason R. Margulies, Esq.
Fla. Bar. No. 36719
Email: jmargulies@lipcon.com
LIPCON, MARGULIES, ALSINA &
WINKLEMAN, P.A.
One Biscayne Tower, Suite 1776
Miami, Florida 33131
Telephone: (305) 373-3016
Facsimile: (305) 373- 6204
*Attorneys for Plaintiff*

**Natasha Alcivar, Esq.**
Email: nalcivar@rccl.com
Celebrity Cruises Inc.
1080 Caribbean Way
Miami, Florida 33132
Telephone: (305) 539-3943
Facsimile: (305) 982-2104
*Attorney for Defendant Celebrity*